UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**CHASE BANK USA, N. A.,**

        **Plaintiff,**

-vs-                                         Case No. 2:06-cv-320-FtM-99DNF

**MARILYN MOREHOUSE,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

        This is an action to adopt and confirm an arbitration award and to enter final judgment pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and Sections 9 and 13 of the Federal Arbitration Act, 9 U.S.C. §§ 9 and 13. On July 19, 2006, the Plaintiff, Chase Bank USA, N.A. ("Chase") filed an Amended Petition that Judgment be Entered (Doc. 7). In that Amended Petition, Chase alleges that on October 5, 2005, the Defendant Marilyn Morehouse filed a Claim for Arbitration with the American Arbitration Association against Chase. On June 2, 2006, the Arbitrator John Kiefner, Jr. issued an Award of Arbitrator denying all of Ms. Morehouse's claims. (Award of Arbitrator is attached as an Exhibit to Doc. 7). Chase is requesting that the Court issue an Order confirming and adopting the Award of Arbitrator, and enter final judgment in favor of Chase as to Ms. Morehouse's claims.

        Chase served the Amended Petition on Ms. Morehouse on July 19, 2006. Ms. Morehouse has not responded to the Amended Petition. On September 11, 2006, this Court entered an Order to

Show Cause (Doc. 11) requiring Marilyn Morehouse to show cause on or before September 28, 2006, why a final judgment in favor of Chase as to her claims should not be entered and why the Court should not adopt and confirm the Arbitration Award. Ms. Morehouse failed to respond to the Order to Show Cause (Doc. 11).

**IT IS RESPECTFULLY RECOMMENDED:**

That the Amended Petition that Judgment be Entered (Doc. 7) be granted pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure and Sections 9 and 13 of the Federal Arbitration Act, 9 U.S.C. §§9, and 13. It is further recommended that the District Court adopt and confirm the Award of Arbitrator dated June 2, 2006 entered by John R. Kiefner, Jr. <u>In the Matter of the Arbitration between Marilyn Morehouse and Chase Manhattan Bank</u>, and that the District Court enter final judgment in favor of Chase Bank USA, N.A.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Respectfully recommended in Chambers in Ft. Myers, Florida this 2nd day of October, 2006.

_____
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:

All Parties of Record