UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CHASE BANK USA, N. A.,

    Plaintiff,

vs.                      Case No.   2:06-cv-320-FtM-99DNF

MARILYN MOREHOUSE,

    Defendant.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #12), filed October 2, 2006, recommending that plaintiff's Amended Petition That Judgment be Entered (Doc. #7) be granted and that the arbitration award be adopted and confirmed with judgment entering in favor of plaintiff.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #12) is hereby **accepted** and **adopted** as follows:

    a. Plaintiff's Amended Petition That Judgment be Entered (Doc. #7) is **GRANTED** to the extent that judgment shall issue in favor of plaintiff; and

    b. The American Arbitration Association, Consumer Arbitration Tribunal, Award of Arbitrator John r. Kiefner Jr. (Doc. #7, Exh. A) is **confirmed** with defendant taking nothing.

2. The Clerk shall enter judgment accordingly and by attaching a copy of the Award of Arbitrator to the judgment, terminate any pending motions as moot, and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___3rd___ day of November, 2006.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties